No. 887 October 8, 2025 155

***This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

Ryan Kenneth HASAN,
*Petitioner-Respondent,*

*v.*

Elizabeth Mary SULLIVAN,
*Respondent-Appellant.*

Multnomah County Circuit Court
15DR18601; A180696

Patricia L. McGuire, Judge.

Submitted September 11, 2025.

Elizabeth Sullivan filed the brief *pro se*.

No appearance for respondent.

Before Joyce, Presiding Judge, Hellman, Judge, and Armstrong, Judge.

HELLMAN, J.

Affirmed.

**HELLMAN, J.**

Mother, appearing pro se, appeals a supplemental judgment from the trial court, which enforced a parenting plan between mother and father by requiring mother to obtain a counselor who could meet with her children and father to address issues that were discouraging the children from participating in parenting time with father. The supplemental judgment also recognized that a new, long-distance plan would need to be put into place at a future modification hearing.

While mother's brief identifies several disagreements with how the trial court conducted the hearing, including disputes over the scope of cross-examination and introduction of certain exhibits, and the trial judge's attitude towards each of the parties during the hearing, including concerns with the limits the trial judge placed on mother's presentation, the brief and the underlying record do not establish that the trial court committed any legal error in entering the supplemental judgement. Nor do the brief and record identify any decision by the trial court that was outside the permissible range of discretionary choices. Because mother has not identified any reversible error, we affirm.

Affirmed.